IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITAS THERAPEUTICS INC., MICHAEL J. HOPE, STEVEN M. ANSELL, and XINYAO DU, <br><br> Plaintiffs, <br><br> v. <br><br> ALNYLAM PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 24-cv-816-CFC |

**DEFENDANT ALNYLAM PHARMACEUTICALS, INC.'S
MOTION TO DISMISS PURSUANT TO
<u>FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Alnylam Pharmaceuticals, Inc. ("Alnylam") respectfully moves to dismiss the claims of Acuitas Therapeutics Inc. ("Acuitas") and Michael Hope, Steven Ansell, and Xinyao Du ("Acuitas Scientists" and collectively, "Plaintiffs") relating to Plaintiffs' request under 35 U.S.C. § 256 that the Court order correction of inventorship on seven patents ("Patents-in-Suit") owned by Alnylam. The grounds for this motion are set forth in Alnylam's opening brief, submitted herewith.

Date: September 19, 2024

OF COUNSEL:

William G. Gaede, III
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105
(650) 815-7400

Sarah Chapin Columbia
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4000

Mandy H. Kim
MCDERMOTT WILL & EMERY LLP
18585 Jamboree Road, Suite 250
Irvine, CA 92612-2565
(949) 757-6061

David J. Tobin
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900,
Dallas, TX 75201
(214) 210-2793

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

*/s/ Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 North West Street, Suite 1400
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mwe.com

*Attorneys for Plaintiff*
*Alnylam Pharmaceuticals, Inc.*