

mwe.com

Ethan H. Townsend
Partner
ehtownsend@mwe.com
+1 302 485 3911

March 27, 2025

The Honorable Colm F. Connolly
United States District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

Re:    *Acuitas Therapeutics Inc., et al. v. Alnylam Pharmaceuticals, Inc.*
       C.A. No. 24-cv-816-CFC

Dear Chief Judge Connolly:

I write on behalf of Alnylam Pharmaceuticals, Inc., in response to Acuitas Therapeutics Inc.'s request for a status conference (*see* D.I. 25). As I explained during a meet and confer with Ms. Sharp (*see* Ex. 1), Acuitas's request is an unnecessary second request for a scheduling conference. Acuitas already moved the Court for a scheduling conference, Alnylam responded to that motion, and it is pending before the Court. *See* D.I. 21, 23, 24.  So too is Alnylam's motion to dismiss Acuitas's complaint. S*ee* D.I. 12, 13, 17, 19. Alnylam thus did not join in Acuitas's superfluous second request for a scheduling conference with the Court because it is just that—superfluous.

We are available at your convenience.

Respectfully,

/s/ *Ethan H. Townsend*

Ethan H. Townsend (#5813)

EHT/dar
cc:    All Counsel of Record (via CM/ECF and e-mail)
       Clerk of the Court (via CM/ECF and e-mail)



**1000 N. West Street Suite 1400 Wilmington DE 19801 Tel +1 302 485 3900 Fax +1 302 351 8711**

*US practice conducted through McDermott Will & Emery LLP.*