IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITAS THERAPEUTICS INC., MICHAEL J. HOPE, STEVEN M. ANSELL, AND XINYAO DU,<br><br>                Plaintiffs,<br><br>   v.<br><br>ALNYLAM PHARMACEUTICALS, INC.,<br><br>                Defendant. | Civil Action No. 24-816-CFC |

## **ORDER**

At Wilmington on this First day of July in 2025, for the reasons set forth in the Memorandum Opinion issued on this day, it is HEREBY ORDERED that Defendant Alnylam Pharmaceuticals, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (D.I. 12) is GRANTED IN PART AND DENIED IN PART:

1. The motion is DENIED insofar as it seeks dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) for failure to comply with 35 U.S.C. § 256;

2. The motion is GRANTED insofar as it seeks dismissal pursuant to Rule 12(b)(1) for lack of standing under Article III of the Constitution;

3. The motion is DENIED AS MOOT in all other respects;

4. The Complaint (D.I. 1) is DISMISSED WITHOUT PREJUDICE.

_____
CHIEF JUDGE